FILED
APR - 7 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY GARCIA, <br>     Petitioner, <br> v. <br> DERRAL G. ADAMS, Warden, <br>     Respondent. | Case No. CV 09-1690-VAP (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: __April 3, 2009__

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY